■■ In the Matter of BERNADETTE SIERAK, Respondent, v KYLE STARING, Appellant. (Appeal No. 2.) [997 NYS2d 660]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered September 6, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, ordered Kyle Staring to pay attorney's fees in the sum of $3,200.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Sierak v Staring* ([appeal No. 1] 124 AD3d 1397 [2015]). Present—Scudder, P.J., Centra, Carni and Sconiers, JJ.